UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOHN BALAS,
a/k/a MICHAEL JOHN BALAS,  :   CIVIL ACTION NO. 3:21-0466

Plaintiff  :

:   (JUDGE MANNION)

v.  :

DR. STANISH, et al.,  :

Defendants  :

:

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion to dismiss (Doc. 23) is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: November 23, 2021
21-0466-01